UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Douglas C. Charnock, Jr.**<br>15280 Locust Street<br>Onancock VA 23417<br><br>      Plaintiff,<br><br>v.<br><br>**Jeff Sessions, Attorney General**<br>**Attorney General of the United States**<br>**U.S. Department of Justice**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>      Defendant. | **Civ. No.** 18-676<br><br><br><br><br><br>March 26, 2018 |

COMPLAINT FOR INJUNCTIVE RELIEF AND
RELIEF UNDER THE ADMININISTRATIVE PROCEEDURES ACT

COMES NOW Plaintiff, Douglas Charnock, by and through counsel, and for his Complaint does state:

I.   PRECIPIE

1. Plaintiff is a natural born citizen of the United States of American, a Medically Discharged Veteran of the United States Military and a citizen of the State of Virginia.

2. Douglas Charnock, Plaintiff, requested federal ADA assistance from the State of Virginia Courts.

3. Plaintiff was denied said request.

4. On or about May 23, 2017, Plaintiff requested assistance from Department of Justice, Defendant or "DOJ", regarding 2. and 3., supra.

5. On or about June 9, 2017, Defendant denied his request in a single-page letter.   See Exhibit 2 at 2.

6. On or about October 31, 2017, Plaintiff made a FOIA request to Defendant asking for "… documents, communications, notes, etc. that the Agency has used in its determination not to assist Mr. Charnock".   See Exhibit 1.

7. On or about January 26, 2018, Defendant replied, Exhibit 2 at 1, only by reproducing Exhibit 2 at 2.

## II.   CLAIM FOR INJUNCTIVE RELIEF

8. This section adopts and incorporates lines 1 through 7.

9. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning documents relating to Plaintiff's request from DOJ for assistance re the State of Virginia's failure to provide him Americans with Disabilities Act accommodations, which Defendant has improperly withheld from Plaintiff.

10. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

11. Plaintiff is the requester of the records which Defendant is now withholding. Plaintiff has requested this information for use in the protection, redemption and advocacy of his disabilities rights.   Prompt release of the information is essential to ensure all Disabled Veterans let alone all Disabled American Citizens have fair and equal access to the Courts; further, it is important because of the immediate public interest in this information, i.e., the knowledge that our Government is sincerely, legitimately and legally examining cries for assistance under federal law when their ADA rights are violated.

12. Defendant, Department of Justice, is an agency of the United States and has possession of the documents that plaintiff seeks.

13. By letter dated October 31, 2017, plaintiff requested access to all "documents, communications, notes, etc. that the Agency has used in its determination not to assist Mr.

Charnock". A copy of this letter is attached as Exhibit 1.

14. By letter dated January 26, 2018, Plaintiff was denied access to the requested information. Defendant failed to provide any information as to why let alone if the information was exempt from disclosure under, 5 U.S.C. §§ 552(b).   Instead, it only reproduced the original letter of its denial to assist Plaintiff. A copy of this letter is attached as Exhibit 2 at 2.

15. Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

### III.   CLAIM FOR APA RELIEF

16. This section adopts and incorporates lines 1 through 15.

17. This Court possesses jurisdiction to review a final decision by the DOJ pursuant Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq*.

18. Given the facts based on Plaintiff's request for assistance from the DOJ and the DOJ's failure to assist along with its failure to provide an explanation of why it did not assist Plaintiff's ADA request (compounded by the lack of materials provided in Plaintiff's original FOIA request and the DOJ's use of a generic form letter in response to Plaintiff's ADA request), the DOJ's actions were arbitrary and capricious and contrary to law.

19. Proper venue is laid in this Court pursuant to 28 U.S.C. § 1391(e)(1), as the DOJ is located in Washington, DC.

20. This action is timely as it is brought within six years of the June 9, 2017, decision pursuant to 28 U.S.C. § 2401(a).

### IV.   RELIEF REQUESTED

WHEREFORE, plaintiff requests this Court:

21. Order Defendant to provide access to the requested documents;

22. Expedite this proceeding as provided for in 28 U.S.C. § 1657;

23. Order Defendant to assist Plaintiff with his ADA request;

24. Award plaintiff costs and reasonable attorney's fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and Equal Access to Justice Act fees and costs.

25. Grant such other and further relief as may deem just and proper.

    Respectfully Submitted,
/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Law Office of Michael D. J. Eisenberg
Counsel for Plaintiff
700 12th Street, NW, Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
michael@eisenberg-lawoffice